1  Edward D. Totino (SBN 169237)
   edward.totino@dlapiper.com
2  **DLA PIPER LLP (US)**
   550 South Hope Street, Suite 2400
3  Los Angeles, California 90071-2618
   Tel:  213.330.7700
4  Fax:  213.330.7701

5  Amanda C. Fitzsimmons (SBN 258888)
   amanda.fitzsimmons@dlapiper.com
6  **DLA PIPER LLP (US)**
   401 B Street, Suite 1700
7  San Diego, California 92101-4297
   Tel:  619.699.2700
8  Fax:  619.699.2701

9  Amy M. Gallegos (SBN 211379)
   Andrew G. Sullivan (SBN 301122)
10 agallegos@jenner.com
   agsullivan@jenner.com
11 **JENNER & BLOCK LLP**
   633 West 5th Street, Suite 3600
12 Los Angeles, California 90071
   Tel:  213.239,5100
13 Fax:  213.239.5199

14 Attorneys for Defendants
   MIDLAND CREDIT MANAGEMENT, INC.
15

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SANTIAGO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | CASE NO. 3:18-cv-02331-MMA (KSC)<br><br>**DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S NOTICE OF RELATED CASE**<br><br>[Local Rule 40.1(f)] |

NOTICE OF RELATED CASE

WEST\284380106.1

1  PLEASE TAKE NOTICE, pursuant to Civil Local Rule 40.1(f), that this case is related to *In Re: Midland Credit Management, Inc., Telephone Consumer Protection Act Litigation*, United States District Court for the Southern District of California Case No. 3:11-md-02286-MMA-MDD (the "MDL").

The MDL, pending before the Honorable Michael M. Anello, was created by the Judicial Panel on Multidistrict Litigation in October 2011 due to the pendency of multiple overlapping lawsuits alleging that Defendant Midland Credit Management, Inc. ("Midland") violated the Telephone Consumer Protection Act ("TCPA"). Magistrate Judge Mitchell D. Dembin is overseeing discovery in the MDL. The MDL includes a lead case asserting a class action against Midland for alleged violations of the TCPA. This case similarly asserts a class action against Midland for alleged violations of the TCPA. The classes asserted in this case and the MDL overlap. Therefore, this case is related to the MDL under Local Rule 40.1(g)(1) in that both cases involve some of the same parties and are based on the same or similar claims, and Local Rule 40.1(g)(3) in that both cases involve substantially the same facts and the same questions of law.

Although this case is already pending before the Judge Anello so that proceedings can be coordinated with the MDL, Defendant believes that discovery in this case will substantially overlap with discovery in the MDL and, therefore, Defendant requests that Magistrate Judge Dembin be assigned to oversee discovery in this case so that discovery can also be coordinated with the MDL.

| | |
|---|---|
| 1 | Dated: December 7, 2018 |
| 2 | By s/ Edward D. Totino |
| 3 | EDWARD D. TOTINO |
|   | AMANDA C. FITZSIMMONS |
| 4 | **DLA PIPER LLP (US)** |
| 5 | |
| 6 | AMY M. GALLEGOS |
|   | ANDREW G. SULLIVAN |
| 7 | **JENNER & BLOCK LLP** |
| 8 | Attorneys for Defendant |
| 9 | MIDLAND CREDIT MANAGEMENT, INC. |

NOTICE OF RELATED CASE

WEST\284380106.1