# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SANTIAGO, | Case No.: 18cv2331-MMA (MSB) |
| Plaintiff, | **ORDER DIRECTING CLERK OF COURT TO CLOSE THE CASE** |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC., | |
| Defendant. | |

Pursuant to the parties' stipulation to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), *see* Doc. No. 12, the Court **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED**.

DATE: January 22, 2019

HON. MICHAEL M. ANELLO
United States District Judge

18cv2331-MMA (MSB)